UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. TOMLINSON,<br><br>            Plaintiff,<br><br>      v.<br><br>BAR ASSOCIATION – SACRAMENTO, et al.,<br><br>            Defendants. | No.  2:15-CV-0016 AC<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed what appears to be a civil rights action challenging the conditions of his confinement.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE